JOHN H. STREETER, Appellant, *v.* CHARLES A. SHULTZ et al., Respondents.

(Submitted April 15, 1891; decided May 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made the first Tuesday of May, 1887, which affirmed a judgment in favor of defendants entered upon an order of the court on trial at Circuit dismissing the complaint.

*Charles A. Fowler* for appellant.

*E. S. Wood* for respondents.

Agree to affirm; no opinion.
All concur, except PARKER, J., not sitting.
Judgment affirmed.

---

JULIUS LESZYNSKY, Respondent, *v.* SAMUEL H. LESZYNSKY, Appellant.

(Argued April 16, 1891; decided May 1, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 9, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Edward Winslow Paige* for appellant.

*Simon H. Stern* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.